

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2014

No. 04-14-00251-CV

Gloria **SANCHEZ**,
Appellant

v.

**WELLS FARGO BANK N.A**., Bruce Neyland, et. al.,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. CV-03862
Honorable Marvin Quinney, Judge Presiding

## C O R R E C T E D   O R D E R

The reporter's record was due to be filed with this court on April 21, 2014.  *See* TEX. R. APP. P. 35.1.  April 30, 2014, court reporter Sylvia A. Quesada's filed a request for an extension of time to file the record until May 20, 2014.  The request is GRANTED.  The reporter's record is due to be filed no later than May 20, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2014.

_____
Keith E. Hottle
Clerk of Court